# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145390

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RANDALL JAMES McILVEENE,
      Defendant-Appellant.

SC: 145390
COA: 308901
Huron CC: 11-004930-FH

_____/

On order of the Court, the application for leave to appeal the May 22, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

p0917